# YOUNG CONAWAY STARGATT & TAYLOR, LLP

SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
NEILLI MULLEN WALSH
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER

PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY
ADAM W. POFF
SEAN M. BEACH
JOSEPH M. BARRY
SHARON M. ZIEG
DAVID R. HURST
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
DANIEL F.X. GEOGHAN
(NY, NJ, MI ONLY)

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

(302) 571-6600
FAX:  (302) 571-1253
_____

WWW.YOUNGCONAWAY.COM

DIRECT DIAL:  (302) 571-6689
DIRECT FAX:   (302) 576-3334
jshaw@ycst.com

IAN J. BAMBRICK
RYAN M. BARTLEY
DONALD J. BOWMAN, JR.
ELISABETH S. BRADLEY
MICHELE SHERRETTA BUDICAK
EMILY V. BURTON
ERIKA R. CAESAR
JEFFREY T. CASTELLANO
DOUGLAS T. COATS
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
JUSTIN P. DUDA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
MARIS FINNEGAN
DAVID M. FRY
WILLIAM E. GAMGORT
MARGARET WHITEMAN GREECHER
SEAN T. GREECHER
A. DAVID HANSEN
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON

KAREN E. KELLER
JENNIFER M. KINKUS
SARA BETH A. R. KOHUT
EVANGELOS KOSTOULAS
PILAR G. KRAMAN
JOHN C. KUFFEL
PAUL J. LOUGHMAN
ANDREW A. LUNDGREN
JAIME N. LUTON
ANDREW L. MAGAZINER
KATHALEEN MCCORMICK
TAMMY L. MERCER
LAUREN E. MOAK
MICHAEL S. NEIBURG
JENNIFER R. NOEL
ROBERT F. POPPITI, JR.
NICHOLAS J. ROHRER
JUSTIN H. RUCKI
ANDREW E. RUSSELL
CHERYL A. SANTANIELLO
MORGAN L. SEWARD
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
JAMES M. YOCH, JR.

COUNSEL
CURTIS J. CROWTHER
ADRIA B. MARTINELLI
KAREN L. PASCALE

OF COUNSEL
BRUCE M. STARGATT

April 5, 2011

**BY CM/ECF & HAND DELIVERY**

The Honorable Chief Judge Gregory M. Sleet
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE  19801

     Re:    *In re: Armodafinil Patent Litig.*, MDL Docket No. 10-md-2200-GMS

Dear Chief Judge Sleet:

     In anticipation of the Rule 16 Conference set for Wednesday, April 6, 2011, at 2:00 p.m., I write on behalf of all parties to report that they have agreed, subject to Your Honor's approval, on the limitations to interrogatories and requests for admission that had been in dispute as outlined in Section 8.f (pages 20-21) of the parties' Second Amended Joint Status Report (D.I. 33).  A revised Section 8.f showing these agreements is attached as Exhibit A to this letter.

     Should Your Honor have any questions or concerns about these agreements, the parties would be pleased to respond at the Court's convenience.

     Respectfully submitted,

     /s/ *John W. Shaw*

     John W. Shaw (No. 3362)

JWS:ht
Attachment

cc:    Clerk of the Court (by hand delivery)
       All Counsel of Record (by CM/ECF)