# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMODAFINIL PATENT LITIGATION | ) MDL Docket No. 1:10-md-2200-GMS |
| | ) |
| CEPHALON INC. and CEPHALON FRANCE, Plaintiffs, v. WATSON LABORATORIES, INC., Defendant. | ) ) ) ) Civil Action No. 1:10-cv-7-GMS ) ) ) |

## STIPULATION REGARDING NOTICE OF INTENT TO LAUNCH

Plaintiffs Cephalon, Inc. and Cephalon France (collectively, "Cephalon") and Defendant Watson Laboratories, Inc. ("Watson"), by and through their respective undersigned counsel, have made and entered into the following Stipulation:

WHEREAS, the statutory 30-month stay precluding FDA approval of Watson's ANDA No. 200-156 has expired; and

WHEREAS, the FDA has Tentatively Approved Watson's ANDA No. 200-156;

1. Watson agrees to give written notice to Cephalon and the Court no fewer than twenty-one (21) days in advance of its intent, alone or in cooperation with a third party, to launch, including sell, offer for sale, market, or distribute, any proposed 100 mg or 200 mg armodafinil drug products that fall within the scope of Watson's ANDA No. 200-156 that is currently at issue in this litigation.

2. The obligation to provide notice to Cephalon and the Court, as described above, expires and ceases to exist immediately upon the issuance by this Court after trial in this matter

2

of a judgment holding invalid the claims of U.S. Patent No. 7,132,570 that Cephalon asserts against Watson at the trial in this matter, unless otherwise ordered by the Court.

SO ORDERED, this _____ day of _____, 2012.

_____
GREGORY M. SLEET
CHIEF, UNITED STATES DISTRICT JUDGE

JOINTLY SUBMITTED BY:

CONNOLLY, BOVE, LODGE & HUTZ LLP

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
mbourke@cblh.com

*Attorneys for Plaintiffs*
*Cephalon Inc. and Cephalon France*

*Of Counsel*:
Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
(571) 203-2700
charlie.lipsey@finnegan.com

Barbara R. Rudolph
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000
barbara.rudolph@finnegan.com
mark.feldstein@finnegan.com

Robert C. Stanley
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
(404) 653-6400
robert.stanley@finnegan.com

John C. Englander
Daryl L. Wiesen
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 570-1000
jenglander@goodwinprocter.com
dwiesen@goodwinprocter.com

| | |
|---|---|
| PHILLIPS, GOLDMAN & SPENCE, P.A.<br><br>/s/ *John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com<br><br>*Attorneys for Defendant*<br>*Watson Laboratories, Inc.* | *Of Counsel*:<br>James F. Hurst<br>Michael K. Nutter<br>Kevin E. Warner<br>David Luger<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>jhurst@winston.com<br>mnutter@winston.com<br>kwarner@winston.com<br>goka@winston.com<br>dluger@winston.com<br><br>Jovial Wong<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>jwong@winston.com |