IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMODAFINIL PATENT LITIGATION | MDL Docket No. 1:10-md-2200-GMS |
| CEPHALON INC. and CEPHALON FRANCE, Plaintiffs, v. WATSON LABORATORIES, INC., Defendant. | Civil Action No. 1:10-cv-7-GMS |
| CEPHALON INC. and CEPHALON FRANCE, Plaintiffs, v. SANDOZ INC., Defendant. | Civil Action No. 1:10-cv-55-GMS Civil Action No. 1:11-cv-782-GMS |
| CEPHALON INC. and CEPHALON FRANCE, Plaintiffs, v. LUPIN LIMITED, Defendant. | Civil Action No. 1:10-cv-210-GMS |
| CEPHALON INC. and CEPHALON FRANCE, Plaintiffs, v. APOTEX INC., Defendant. | Civil Action No. 1:10-cv-695-GMS Civil Action No. 1:10-cv-1078-GMS |

**[PROPOSED] ORDER GRANTING**
**CEPHALON'S MOTION TO ADD TEVA SANTÉ AS A PARTY-PLAINTIFF**
**AND TO AMEND THE CAPTION**

Cephalon's Motion to Add Teva Santé as a Party Plaintiff is GRANTED. Pursuant to

Fed. R. Civ. P. 21 and 25(c), Teva Santé SAS is hereby added to the above-referenced actions as

a party-plaintiff, effective December 28, 2012, and the new case caption shall be as follows:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMODAFINIL PATENT LITIGATION | ) MDL Docket No. 1:10-md-2200-GMS |
| | |
| CEPHALON INC., CEPHALON FRANCE, and TEVA SANTÉ SAS,<br>Plaintiffs,<br>v.<br>WATSON LABORATORIES, INC.,<br>Defendant. | ) Civil Action No. 1:10-cv-7-GMS |
| | |
| CEPHALON INC., CEPHALON FRANCE, and TEVA SANTÉ SAS,<br>Plaintiffs,<br>v.<br>SANDOZ INC.,<br>Defendant. | ) Civil Action No. 1:10-cv-55-GMS<br>) Civil Action No. 1:11-cv-782-GMS |
| CEPHALON INC., CEPHALON FRANCE, and TEVA SANTÉ SAS,<br>Plaintiffs,<br>v.<br>LUPIN LIMITED,<br>Defendant. | ) Civil Action No. 1:10-cv-210-GMS |
| CEPHALON INC., CEPHALON FRANCE, and TEVA SANTÉ SAS,<br>Plaintiffs,<br>v.<br>APOTEX INC.,<br>Defendant. | ) Civil Action No. 1:10-cv-695-GMS<br>) Civil Action No. 1:10-cv-1078-GMS |

SO ORDERED.

DATED: _Feb 5_, 20_13_

_/s/ Gregory M. Sleet_
Honorable Gregory M. Sleet
United States Chief Judge