IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMODAFINIL PATENT LITIGATION INC. ('722 PATENT LITIGATION) | MDL No. 10-md-2200 (GMS) |
| CEPHALON, INC., CEPHALON FRANCE, and TEVA SANTE SAS,<br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC.,<br>Defendant. | Civil Action No. 10-cv-007 (GMS) |
| CEPHALON, INC., CEPHALON FRANCE, and TEVA SANTE SAS,<br>Plaintiffs,<br><br>v.<br><br>SANDOZ, INC.,<br>Defendant. | Civil Action No. 10-cv-055 (GMS)<br>Civil Action No. 11-cv-782 (GMS) |
| CEPHALON, INC., CEPHALON FRANCE, and TEVA SANTE SAS,<br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED,<br>Defendant. | Civil Action No. 10-cv-210 (GMS) |
| CEPHALON, INC., CEPHALON FRANCE, and TEVA SANTE SAS,<br>Plaintiffs,<br><br>v.<br><br>APOTEX, INC.,<br>Defendant. | Civil Action No. 10-cv-695 (GMS)<br>Civil Action No. 10-cv-1078 (GMS) |

## **JUDGMENT**

This action came before the court for a bench trial on July 17, 2012 through July 20, 2012. The issues have been tried and the court issued a Memorandum and Order (D.I. 329) on March 30, 2013. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Judgment be and is hereby entered in favor of the plaintiffs, CEPHALON, INC., CEPHALON FRANCE, and TEVA SANTE SAS, and against the defendants APOTEX, INC., LUPIN LIMITED, SANDOZ, INC., and WATSON LABORATORIES, INC.;

2. Pursuant to 35 U.S.C. §§ 271(e)(4)(A), the effective date of any approval of the products that are the subject of the defendants' ANDAs shall be the a date which is not earlier than the expiration of the patent-in-suit; and

3. Pursuant to 35 U.S.C. § 271(e)(4)(B) and 35 U.S.C. § 283, the defendants, including their respective officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them who receive actual notice of this Order are enjoined from making, using, offering to sell, or selling within the United States, or importing into the United States, the products described in defendants' ANDAs until the expiration of the patent-in-suit.

March 30, 2013

_____
CHIEF, UNITED STATES DISTRICT JUDGE