# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1360, 13-1361

## IN RE ARMODAFINIL PATENT LITIGATION

---

**CEPHALON, INC. and TEVA SANTE SAS,**

*Plaintiffs-Appellees,*

**and**

**CEPHALON FRANCE,**

*Plaintiff,*

**v.**

**WATSON LABORATORIES, INC.,**

*Defendant-Appellant,*

**and**

**SANDOZ, INC.,**

*Defendant-Appellant,*

**and**

**LUPIN LIMITED,**

*Defendant,*

**and**

**APOTEX, INC.,**

*Defendant-Appellant.*

Appeal from the United States District Court for the District of Delaware in case no.10-CV-0210 Chief Judge Gregory M. Sleet

## MANDATE

In accordance with the judgment of this Court, entered May 12, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court