IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMODAFINIL PATENT LITIGATION | MDL No. 10-md-2200 (GMS) |
| CEPHALON, INC., CEPHALON FRANCE, AND TEVA SANTÉ SAS,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX, INC.,<br><br>Defendant. | Civil Action No. 10-cv-695 (GMS)<br>Civil Action No. 10-cv-1078 (GMS) |

### STIPULATED AMENDMENT OF JUDGMENT

Plaintiffs Cephalon, Inc., Cephalon France, and Teva Santé SAS (collectively, "Plaintiffs") and Defendant Apotex, Inc. ("Apotex"), through their undersigned counsel, hereby stipulate and consent to an amendment of the Court's Judgment (1:10-md-02200-GMS, D.I. 330), so ordered and entered in the above-captioned case on March 30, 2013, as follows:

**IT IS ORDERED AND ADJUDGED:**

1. Judgment be and is hereby entered in favor of the plaintiffs, CEPHALON, INC., CEPHALON FRANCE, and TEVA SANTE SAS, and against the defendants APOTEX, INC., LUPIN LIMITED, SANDOZ, INC., and WATSON LABORATORIES, INC.;

2. Pursuant to 35 U.S.C. §§ 271(e)(4)(A), the effective date of any approval of the products that are the subject of the defendants' ANDAs shall be the date which is not earlier than the expiration of the patent-in-suit, except, for Apotex, as and to the extent expressly

permitted by Plaintiffs under the Settlement and License Agreement (dated June 13, 2014) by and between Plaintiffs and Apotex;

3. Pursuant to 35 U.S.C. § 271(e)(4)(B) and 35 U.S.C. § 283, the defendants, including their respective officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them who receive actual notice of this Order are enjoined from making, using, offering to sell, or selling within the United States, or importing into the United States, the products described in defendants' ANDAs until the expiration of the patent-in-suit, except, for Apotex, as and to the extent expressly permitted by Plaintiffs under the Settlement and License Agreement (dated June 13, 2014) by and between Plaintiffs and Apotex.

4. The July 6, 2011, stay order regarding U.S. Patent Nos. 7,297,346 B2 ("'346 patent") and RE37,516 E ("'516 patent") (D.I. 123) is lifted, and the parties' claims, counterclaims, and defenses related to the '346 patent and the '516 patent are dismissed with prejudice.

5. Dated: June 13, 2014

SO ORDERED this 17th day of June, 2014.

_____
The Honorable Gregory M. Sleet
Chief, United States District Judge